

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

Nos. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR7068 & 2018CR10374
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The parties' joint motion to abate and remand is granted. We order these appeals ABATED and the cases REMANDED for the trial court to make a factual finding as to whether appellant is intellectually disabled by December 17, 2019. We order any finding reduced to writing and filed in a supplemental clerk's record within 5 days after the finding is made. We further order this appeal reinstated upon the filing of the supplemental clerk's record containing the trial court's finding.

It is so **ORDERED** on November 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court